UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH FERRIS,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | **Civil Action No. 1:23-cv-00481-RCL** |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall respond to the Complaint by April 27, 2023.

**SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　THE HONORABLE ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　for the District of Columbia