AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-481

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Alioto, Anthony Campanale, Stephen Chih, James Crisman, Justin Jordan, Michael Murphy, Gregory Rock, Nicholas Smith, Daniel Thau, Tara Tindall, Eric Watson

was received by me on *(date)* 04/28/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On May 15, 2023, I sent the summonses and the amended complaint via email to AAG Richard Sobiecki, pursuant to an agreement authorizing the Office of the Attorney General to accept service for the 11 above-mentioned defendants.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/17/2023

*Server's signature*

Carl Messineo, Attorney, Legal Director
*Printed name and title*

Partnership for Civil Justice Fund
617 Florida Ave. NW, Washington D.C, 20001
*Server's address*

Additional information regarding attempted service, etc: