AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-481

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert Glover, Peter Newsham

was received by me on *(date)*   4/28/2023   .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On May 15, 2023, I sent the summonses and the amended complaint via email to AAG Richard Sobiecki, pursuant to an agreement authorizing the Office of the Attorney General to accept service for the above-mentioned defendants.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5/19/2023

_____
*Server's signature*

Carl Messineo, Attorney, Legal Director
_____
*Printed name and title*

Partnership for Civil Justice Fund
617 Florida Ave. NW, Washington D.C, 20001
_____
*Server's address*

Additional information regarding attempted service, etc: