UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH FERRIS**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:23-cv-00481-RCL** |

## ORDER

Upon consideration of the Parties' Joint Motion for an Extension of Discovery (the Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the close of fact discovery is extended from November 26, 2024, to April 25, 2025.

**SO ORDERED**.

Date: _____

                                                                        _____
                                                                        HON. ROYCE C. LAMBERTH
                                                                        United States District Judge