UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH FERRIS,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-0481-RCL |

[~~PROPOSED~~] ORDER

Upon consideration of Plaintiffs' Motion to Compel Discovery,

**IT IS HEREBY ORDERED** that Defendant shall within fourteen (14) days of the date of this order:

1. Produce to Plaintiffs any outstanding body worn camera (BWC) footage from the central mid-section of the police line in connection with the May 31, 2020, incident involving Plaintiff Elizabeth Ferris for the period of 6:30 p.m.–7:30 p.m;

2. Produce to Plaintiffs any outstanding BWC footage depicting the stop and detention of Plaintiff Hazie Crespo and/or the van in which she was being transported in connection with the August 29, 2020, incident involving Ms. Crespo;

3. Produce to Plaintiffs any outstanding training materials as pertains to Plaintiff Elizabeth Ferris' Second Set of Requests for Production Nos. 7, 8, and 12. Defendant's production shall include:

    - The complete training curricula and contents of the following 7 trainings: (a) "Riot Control Agents and Less Lethal Munitions"; (b) "MPD Team Tactics"; (c) "First Amendment Assemblies and Mass Demonstrations: Force"; (d)

"Reportable Uses of Force"; and (e) "Riot Control Agents and Extended Impact Weapons" (f) CDU Training; and (g) CDU Recertification Training Phase Two;

- All training curricula and contents related to crowd control or demonstration management, the use of "less lethal" weapons to include sting ball munitions, or the use of force associated with the trainings that Defendants received including that listed in Defendants' training histories (limited to the period of May 25, 2015, through August 30, 2025); and

- The complete training curriculum and contents of the CDU Grenadier Certification, which also should be response to the immediately preceding bullet point.

"Training curricula and contents" is defined to include curricula, course contents, instructors' notes, distributed materials, exams administered, videos incorporated into trainings, video recordings of trainings, and any other relevant materials.

4. Produce to Plaintiffs any outstanding text messages responsive to Plaintiffs' Requests for Production, including but not limited to any on each Defendant's work-issued telephone or device (including that of Robert Glover or Peter J. Newsham).

5. ~~Produce to Plaintiffs all documents that constitute manufacturers' warnings, specifications, descriptions, and documentation for any projectile "less lethal weapons" used during the four underlying incidents. (Plaintiff Ferris' Second Set of Requests for Production No. 10).~~

6. Respond completely and accurately to Plaintiff Elizabeth Ferris' First Set of Interrogatories to Defendants Nos. 4–7 and 11–14; Plaintiff Katherine Crowder's First Set of Interrogatories to Defendants Nos. 4–7; and Plaintiff Hazie Crespo's First Set of Interrogatories to Defendants Nos. 4–7.

**IT IS HEREBY ORDERED** that Defendant file a sworn affidavit detailing the methods and efforts undertaken to locate and produce all responsive documents and information that is the

subject of enumerated paragraphs 3, and 4, ~~and 5~~ above, of this Order (i.e., training materials, text messages, ~~and manufacturer's documentation~~). This affidavit shall include, but is not limited to:

1. The specific steps taken to search for responsive documents,

2. Identification of all sources and repositories searched,

3. The criteria used for the searches,

4. Any obstacles encountered during the search process,

5. Confirmation that all non-privileged, responsive documents have been produced.

This affidavit shall be filed with the Court and served upon Plaintiff's counsel ~~within~~ no later than Jan. 12, 2026. ~~fourteen days of the issuance of this order.~~

**SO ORDERED.**

Dated: 12-22-25

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court for the
District of Columbia